IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-MJ-067

UNITED STATES )
)
vs. )
)
PHILLIP S. ARMACHAIN, SR. )
)
Defendant. )
)

FILED
ASHEVILLE, N.C.
MAY 0 3 2017
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER TO SEAL

Upon the motion of the United States, and for good cause shown, the Court hereby ORDERS that Documents Number 1 and 2 in this matter, be sealed until further order of this Court, and that the Court's publicly-available docket entries with regard to this matter, including the listing of the defendant by name, also be sealed until further order of the Court.

SO ORDERED, this 3rd day of May, 2017.

_____
DENNIS L. HOWELL
U.S. Magistrate Judge
Asheville, North Carolina

1