IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-MJ-067

UNITED STATES )
)
vs. )
)
PHILLIP S. ARMACHAIN, SR. )
)
Defendant. )
)

## ORDER TO UNSEAL

Upon the motion of the United States, and for good cause shown, the Court hereby ORDERS that Documents Number 1 and 2 in this matter, previously ordered sealed, now be UNSEALED.

SO ORDERED, this 10th day of May, 2017.

DENNIS L. HOWELL
U.S. Magistrate Judge
Asheville, North Carolina

1